IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CALIFORNIA CASUALTY INDEMNITY
EXCHANGE,

      Plaintiff,

v.                                                  CV 11-0887 WPL/WDS

HAZEL DEVRIES,

      Defendant.

## JUDGMENT

      Pursuant to Federal Rule of Civil Procedure 58 and in accordance with the Order entered on this date, this cause is dismissed with prejudice.

                                                   _____
                                                 William P. Lynch
                                               United States Magistrate Judge